June 17, 1983.

461 A.2d 875

Baldwin, et al, Appellants v. Hempfield Area, et al.

Petition for Allowance of Appeal Denied Sept. 30, 1983.

 Argued January 13, 1983. Thomas E. Rodgers, for appellants; Dennis J. Slyman, for Hempfield Area, appellees; Thomas J. Godlewski, for Hempfield Township, appellee; Dennis Brian Rafferty, for Maxwell, appellee.

Before POPOVICH, MONTGOMERY and VAN der VOORT, JJ.

Judgments affirmed.